IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3006 |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME TO SERVE SUMMONS |
| | ) | AND COMPLAINT |
| RICHARD HUENINK a/k/a | ) | |
| RICHARD L. HUENINK, JR., | ) | |
| a/k/a RICHARD LEE HUENINK, JR. and | ) | |
| CAROL J. HUENINK, BEATRICE | ) | |
| NATIONAL BANK & TRUST CO | ) | |
| n/k/a PINNACLE BANK; | ) | |
| COLLECTION ASSOCIATES, INC.; and | ) | |
| COLLECTION ASSOCIATES, A | ) | |
| REGISTERED NEBRASKA TRADENAME | ) | |
| OF THE COLLECTION AGENCY, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and

Complaint, (filing 16), for good cause shown,

IT IS HEREBY ORDERED that Plaintiff is granted until and including July 13,

2006, within which to complete service by publication upon Defendants Richard Huenink

a/k/a Richard L. Huenink, Jr., a/k/a Richard Lee Huenink, Jr. and Carol J. Huenink.

DATED May 1, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge