IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RICHARD HUENINK a/k/a<br>RICHARD L. HUENINK, JR.,<br>a/k/a RICHARD LEE HUENINK, JR. and<br>CAROL J. HUENINK, BEATRICE<br>NATIONAL BANK & TRUST CO<br>n/k/a PINNACLE BANK;<br>COLLECTION ASSOCIATES, INC.; and<br>COLLECTION ASSOCIATES, A<br>REGISTERED NEBRASKA TRADENAME<br>OF THE COLLECTION AGENCY, LLC,<br><br>               Defendants. | CASE NO. 4:06CV3006<br><br><br><br><br><br>ORDER |

      This matter is before the Court on Plaintiff's combined Motion to Withdraw Motion for Dismissal; Motion to Vacate Decree; and Motion for Dismissal of Complaint. (Filing No. 30). Having reviewed the combined motions, I find that good reasons exist to grant the relief requested, and that the requirements of Fed. R. Civ. P. 41(a)(2) have been satisfied. Accordingly,

      IT IS ORDERED:

      1)     The Plaintiff's Motion to Withdraw (First) Motion for Dismissal; Motion to Vacate Decree; and Motion for Dismissal of Complaint (Filing No. 30) is granted;

      2)     The Plaintiff's (First) Motion for Dismissal (Filing No. 29) is deemed withdrawn;

      3)     The Judgment and Decree of Foreclosure and Order of Sale (Filing No. 28) is vacated and set aside; and

4) The Complaint (Filing No. 1) is dismissed without prejudice.

Dated this 16th day of October, 2006.

                                                        BY THE COURT:

                                                        s/Laurie Smith Camp
                                                        United States District Judge